SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE DE JESUS ROMO RUIZ and KARLENE DIANE ROMO RUIZ,<br><br>Plaintiffs,<br><br>v.<br><br>LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; KRISI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity as well as her successors and assigns; and KIKA SCOTT, Director, U.S. Citizenship and Immigration Services, in her official capacity as well as her successor and assigns,<br><br>Defendants. | Case No. 2:25-cv-00932-EJY<br><br>**Joint Stipulation to Stay the Proceedings**<br><br>**(First Request)** |

Plaintiffs Jose de Jesus Romo Ruiz and Karlene Diane Romo Ruiz (collectively, "Plaintiffs") and Federal Defendants Loren K. Miller, Kristi Noem, and Kika Scott (collectively, "Federal Defendants") through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance for an additional period of 117 days, or until **December 6, 2025**.

The subject of this litigation concerns Plaintiffs Form I-130, Petition for Alien Relative. ECF No. 1, ¶ 1. Plaintiffs allege that Plaintiff Karlene Diane Romo Ruiz file the I-130 Petition on behalf of her husband, Plaintiff Jose de Jesus Romo Ruiz, on October 5,

1  2020. *Id.* ¶ 2. According to Plaintiffs, the I-130 Petition has been pending adjudication for
2  over four years. Plaintiffs thus filed the Complaint to seek a declaratory judgment,
3  injunctive relief, and a writ of mandamus directing the Federal Defendants to take action
4  on the I-130 Petition. *Id.* ¶ 13.

5        The Federal Defendants are currently processing the I-130 Petition. Undersigned
6  counsel conferred with the United States Citizenship and Immigration Services ("USCIS")
7  who informed undersigned counsel that, as part of the administrative proceedings
8  regarding Plaintiffs I-130 Petition, USCIS issued a request for evidence (RFE) on July 15,
9  2025. A Request for Evidence (RFE) is a letter from USCIS asking for additional
10 information or documents to support an immigration application or petition. The due date
11 for a response to the RFE is October 7, 2025. After USCIS receives a response, USCIS will
12 need to assess the next steps in the administrative process.

13       The parties have conferred about the need for additional time to conclude the
14 administrative process. The parties thus agreed to jointly request a stay of the District Court
15 proceedings until December 6, 2025. Pending the remaining administrative processing of
16 the Petition, this litigation may become moot.

17 / /
18 / /
19 / /
20 / /
21 / /
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

This is the first request to stay the proceedings. This request is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1. The parties reserve the ability to seek additional time to finalize resolution, if necessary.

Respectfully submitted this 11th day of August 2025.

| | |
|---|---|
| QUIROGA LAW OFFICE, PLLC | SIGAL CHATTAH<br>Acting United States Attorney |
| /s/ Maria E. Quiroga<br>MARIA E. QUIROGA,<br>Nevada State Attorney ID #13939<br>7935 W Sahara Ave<br>Suite #103<br>Las Vegas, NV 89117<br>Tel: (702) 972-8348<br>Maria@QuirogaLawOffice.com<br>*Attorney for Plaintiffs* | /s/ Christian R. Ruiz<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**United States Magistrate Judge**

**DATED:** August 12, 2025

3